IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, *Individually as Next Friend of Jack Doe, a Minor*, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO CASUALTY COMPANY,<br><br>Defendant. | Case No. 24-00339-CV-W-JAM |

## **ORDER**

Upon notification that this matter has been resolved, it is

**ORDERED** that the parties file dismissal paperwork or a joint status report no later than July 1, 2024.

          /s/ *Jill A. Morris*
          JILL A. MORRIS
          UNITED STATES MAGISTRATE JUDGE